*merlin* for Gall, *John W. Donahoo* and *Chester Bedell* for the Cummer Sons Cypress Co., and *H. M. Voorhis* and *W. H. Poe* for Leedy, Wheeler & Alleman, Inc. et al., respondents.

No. 7, Misc. BANKS *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for respondent.

No. 8, Misc. CONROY *v.* CRIMINAL COURT OF COOK COUNTY. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for respondent.

No. 9, Misc. BROWN *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for respondent.

No. 20, Misc. STUM *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for respondent.

No. 24, Misc. WILLIAMS *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for respondent.

No. 25, Misc. RITCHIE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for respondent.

No. 26, Misc. GRIFFIN *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se.* *Robert Y. Thornton,* Attorney General of Oregon,

and *Wolf D. von Otterstedt,* Assistant Attorney General, for respondent.

No. 27, Misc. Di Chiara *v.* Illinois. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 33, Misc. Gambino *v.* Illinois. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 34, Misc. Austin *v.* Illinois. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 41, Misc. Davis *v.* Ragen, Warden. Circuit Court of Will County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 42, Misc. Shotkin *v.* Duggan et al. Supreme Court of Florida. Certiorari denied.

No. 46, Misc. Blanton *v.* Indiana. Supreme Court of Indiana. Certiorari denied.

No. 49, Misc. Bernski *v.* Cummings, Warden. C. A. 2d Cir. Certiorari denied.

No. 50, Misc. Duke *v.* Ellis, General Manager, Texas Prison System, et al. Court of Criminal Appeals of Texas. Certiorari denied.